KATE WELLS, SB# 107051
Attorney at Law
2600 Fresno Street
Santa Cruz, California 95062
Telephone: (831) 479-4475
Facsimile: (831) 479-4476
Email: lioness@got.net

Attorney for Plaintiff, BOYD TIZENOR

DANA McRAE, SB# 142231
County Counsel, County of Santa Cruz
JULIA HILL, SB#178672
Assistant County Counsel
701 Ocean Street, Room 505
Santa Cruz, California 95060
Telephone: (831) 454-2040
Facsimile: (831) 454-2115
Email: julia.hill@santa-cruz.ca.us

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### E FILING CASE

| | |
|---|---|
| BOYD TIZENOR,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF SANTA CRUZ/SANTA CRUZ SHERIFF'S OFFICE; SGT. AMY CHRISTEY; DEPUTY DANIEL FREITAS; DEPUTY F. ANDERSON, and DOES 1 through 10,<br><br>　　　　Defendants. | CASE NO. C 05 02330 PVT<br>ORDER ON<br>STIPULATION AND REQUEST FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND OTHER DATES |

The parties, by and through their attorneys of record, hereby agree and stipulate to continue the date for the case management conference in the above referenced matter for 120 days. Additionally, the parties stipulate to continue the other dates contained in the Order Setting Initial Case Management Conference for 120 days. The parties stipulate and agree to the following:

STIPULATION AND REQUEST FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND OTHER DATES
Tizenor v. County of Santa Cruz, et al. Case No. 05-02330 PVT

1

1. The last date to meet and confer re initial disclosures is continued from September 20, 2005, to February 20, 2006.

2. The last date to file the Joint ADR Certification is continued from September 20, 2005, to February 20, 2006,

3. The last date to complete initial disclosures is continued from October 5, 2005, to March 6, 2006.

4. The date for the Case Management Conference is continued from October 11, 2005, to March 14, 2006, at 2:00 p.m.

Good cause exists for the continuance as set forth in the Declaration of Kate Wells below.

## DECLARATION OF KATE WELLS

I, KATE WELLS, declare:

1. I am the attorney of record for the plaintiff in the above-referenced matter.

2. After having difficulty reaching my client Mr. Tizenor, I discovered on August 23, 2005, that he was incarcerated in Los Angeles County jail on a matter unrelated to the instant case.

3. Since they do not allow inmates to receive calls, I am unable to communicate with my client and I do not know when I will be able to contact him.

4. Additionally, one of the defendants, Deputy F. Anderson no longer works for the Santa Cruz Sheriff's Department. I am informed and believe that he is working as a deputy somewhere in Southern California and I will need additional time to locate him for service of the summons and complaint.

I declare, under penalty of perjury under the laws of the state of California that the foregoing is true and correct of my own personal knowledge. Signed this 24th day of August, 2005, at Santa Cruz, California.

KATE WELLS

STIPULATION AND REQUEST FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND OTHER DATES
Tizenor v. County of Santa Cruz, et al. Case No. 05-02330 JVT

2

IT IS SO STIPULATED:

LAW OFFICES OF KATE WELLS

Dated: 8/24/05       By: _____
                         KATE WELLS
                         Attorney for Plaintiff, BOYD TIZENOR

SANTA CRUZ COUNTY COUNSEL'S OFFICE

Dated: 8/24/05       By: _____
                         JULIA HILL, Attorneys for Defendants,
                         COUNTY OF SANTA CRUZ/SANTA CRUZ
                         SHERIFF'S OFFICE, SGT AMY CHRISTEY,
                         and DEPUTY DANIEL FREITAS

### ORDER (BY STIPULATION)

GOOD CAUSE APPEARING THEREFOR it is hereby ordered that

1. The last date to meet and confer re initial disclosures is continued from September 20, 2005, to February 20, 2006.

2. The last date to file the Joint ADR Certification is continued from September 20, 2005, to February 20, 2006.

3. The last date to complete initial disclosures is continued from October 5, 2005, to March 6, 2006.

4. The date for the Case Management Conference is continued from October 11, 2005, to March 14, 2006, at 2:00 p.m.

Dated: 8/25/05       _____
                         THE HONORABLE PATRICIA V. TRUMBULL
                         UNITED STATES MAGISTRATE JUDGE

STIPULATION AND REQUEST FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND OTHER DATES
Tizenor v. County of Santa Cruz, et al. Case No. 05-02330 PVT                                3