| | |
|---|---|
| 1 | KATE WELLS, SB# 107051 |
| | Attorney at Law |
| 2 | 2600 Fresno Street |
| | Santa Cruz, California 95062 |
| 3 | Telephone: (831) 479-4475 |
| | Facsimile:  (831) 479-4476 |
| 4 | Email: lioness@got.net |
| 5 | Attorney for Plaintiff, BOYD TIZENOR |
| 6 | DANA McRAE, SB# 142231 |
| | County Counsel, County of Santa Cruz |
| 7 | JULIA HILL, SB#178672 |
| | Assistant County Counsel |
| 8 | 701 Ocean Street, Room 505 |
| | Santa Cruz, California 95060 |
| 9 | Telephone: (831) 454-2040 |
| | Facsimile: (831) 454-2115 |
| 10 | Email: julia.hill@santa-cruz.ca.us |
| 11 | Attorneys for Defendants COUNTY OF SANTA CRUZ/SANTA CRUZ SHERIFF'S OFFICE, SGT. AMY CHRISTEY AND DEPUTY DANIEL FREITAS |
| 12 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

E FILING CASE

| | | |
|---|---|---|
| BOYD TIZENOR, | ) | CASE NO. C 05 02330 JW |
| Plaintiff, | ) ) | STIPULATION AND REQUEST FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND OTHER DATES |
| vs. | ) ) ) ) | |
| COUNTY OF SANTA CRUZ/SANTA CRUZ SHERIFF'S OFFICE; SGT. AMY CHRISTEY; DEPUTY DANIEL FREITAS; DEPUTY F. ANDERSON, and DOES 1 through 10, | ) ) ) ) ) | |
| Defendants. | ) ) | |

The parties, by and through their attorneys of record, hereby agree and stipulate to continue the date for the case management conference in the above referenced matter for 120 days. Additionally, the parties stipulate to continue the dates for initial disclosures and ADR Certification.

The parties stipulate and agree to the following:

1. The last date to meet and confer re initial disclosures is continued to February 20, 2006.

2. The last date to file the Joint ADR Certification is continued to February 20, 2006.

3. The last date to complete initial disclosures is continued to March 6, 2006.

4. The date for the Case Management Conference is continued from October 31, 2005, to March 13, 2006, at 10:00 a.m.

Good cause exists for the continuance as set forth in the Declaration of Kate Wells below.

## DECLARATION OF KATE WELLS

I, KATE WELLS, declare:

1. I am the attorney of record for the plaintiff in the above-referenced matter.

2. After having difficulty reaching my client Mr. Tizenor, I discovered on August 23, 2005, that he was incarcerated in Los Angeles County jail on a matter unrelated to the instant case. Today I spoke with the plaintiff's brother who resides in Kentucky and discovered that my client is still incarcerated in Los Angeles County.

3. Since they do not allow inmates to receive calls, I am unable to communicate with my client and I do not know when I will be able to contact him.

4. Additionally, one of the defendants, Deputy F. Anderson no longer works for the Santa Cruz Sheriff's Department. I am informed and believe that he is working as a deputy somewhere in Southern California and I will need additional time to locate him for service of the summons and complaint.

I declare, under penalty of perjury under the laws of the state of California that the foregoing is true and correct of my own personal knowledge. Signed this 26th day of

STIPULATION AND REQUEST FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND OTHER DATES
*Tizenor v. County of Santa Cruz, et al.* Case No. 05-02330 PVT

2

September, 2005, at Santa Cruz, California.

_____
KATE WELLS

IT IS SO STIPULATED:

LAW OFFICES OF KATE WELLS

Dated: 9/26/05    By: _____
KATE WELLS
Attorney for Plaintiff, BOYD TIZENOR

SANTA CRUZ COUNTY COUNSEL'S OFFICE

Dated: 9/26/05    By: _____
JULIA HILL, Attorneys for Defendants,
COUNTY OF SANTA CRUZ/SANTA CRUZ
SHERIFF'S OFFICE, SGT AMY CHRISTEY,
and DEPUTY DANIEL FREITAS

**ORDER (BY STIPULATION)**

GOOD CAUSE APPEARING THEREFOR it is hereby ordered that

1. The last date to meet and confer re initial disclosures is continued to February 20, 2006.

2. The last date to file the Joint ADR Certification is continued to February 20, 2006.

3. The last date to complete initial disclosures is continued March 6, 2006.

4. The date for the Case Management Conference is continued from October 31,

STIPULATION AND REQUEST FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND OTHER DATES
Tizenor v. County of Santa Cruz, et.al. Case No. 05-02330 PVT                                    3

| | |
|---|---|
| 1 | 2005, to March 13, 2006, at 10:00 a.m. |
| 2 | |
| 3 | Dated: Sept. 28, 2005             /s/ James Ware |
| 4 | THE HONORABLE JAMES WARE<br>UNITED STATES DISTRICT COURT JUDGE |