United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BOYD TIZENOR, | NO. C 05-02330 JW |
| Plaintiff(s), | **ORDER** RESETTING CASE MANAGEMENT CONFERENCE |
| v. | |
| COUNTY OF SANTA CRUZ, et al., | |
| Defendant(s). | |

On March 3, 2006, counsel for plaintiff telephoned the Court to inform that a close relative was ill, and therefore unable to participate in the March 13, 2006 Case Management Conference. Based upon counsel's representation, the Court continues the Case Management Conference to April 24, 2006 at 10:00 am before the Honorable James Ware in Courtroom 8 on the 4th floor, San Jose Division of the U.S. Courthouse. A joint case management conference statement shall be filed and served no later than April 14, 2006.

Dated: March 16, 2006         /s/ James Ware
                              JAMES WARE
                              United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

**Julia Hill**
    CSL046@co.santa-cruz.ca.us

**Dana Maureen McRae**
    dana.mcrae@co.santa-cruz.ca.us

**Kate Wells**
    lioness@got.net

**Dated: March 16, 2006**                                                **Richard W. Wieking, Clerk**


                                                                         **By: /s/ Melissa Peralta**
                                                                             **Melissa Peralta**
                                                                             **Courtroom Deputy**