1  KATE WELLS, SB# 107051
   Attorney at Law
2  2600 Fresno Street
   Santa Cruz, California 95062
3  Telephone: (831) 479-4475
   Facsimile:  (831) 479-4476
4  Email: lioness@got.net

5  Attorney for Plaintiff, BOYD TIZENOR

6  DANA McRAE, SB# 142231
   County Counsel, County of Santa Cruz
7  JULIA HILL, SB#178672
   Assistant County Counsel
8  701 Ocean Street, Room 505
   Santa Cruz, California 95060
9  Telephone: (831) 454-2040
   Facsimile: (831) 454-2115
10 Email: julia.hill@santa-cruz.ca.us

11 Attorneys for Defendants COUNTY OF SANTA CRUZ/SANTA CRUZ SHERIFF'S OFFICE,
   SGT. AMY CHRISTEY AND DEPUTY DANIEL FREITAS
12

13                     **UNITED STATES DISTRICT COURT**

14                    **NORTHERN DISTRICT OF CALIFORNIA**

15                              **E FILING CASE**

16 BOYD TIZENOR,                          )  **CASE NO.  C 05 02330 JW**
                                          )   ORDER GRANTING
17         Plaintiff,                     )  **STIPULATION AND REQUEST**
                                          )  **FOR ORDER TO CONTINUE**
18                                        )  **HEARING DATE OF**
                                          )  **DEFENDANTS' MOTION FOR**
19         vs.                            )  **JUDGMENT ON THE PLEADINGS**
                                          )  **AND CASE MANAGEMENT**
20 COUNTY OF SANTA CRUZ/SANTA             )  **CONFERENCE**
   CRUZ SHERIFF'S OFFICE;                 )
21 SGT. AMY CHRISTEY; DEPUTY              )
   DANIEL FREITAS; DEPUTY F.              )
22 ANDERSON, and DOES 1 through           )
   10,                                    )
23                                        )
           Defendants.                    )
24 _____)

25     The parties, by and through their attorneys of record, hereby agree and stipulate to

26 continue the date for the hearing on defendants' Motion for Judgment on the Pleadings in

27 the above referenced matter from October 16, 2006 to October 23, 2006, at 9:00 a.m.

28

1  The parties further agree and stipulate to continue the date for the case management
2  conference from September 18, 2006, to October 23, 2006, at 10:00 a.m. Plaintiff's
3  opposition brief is due on October 2, 2006, and defendants' reply brief is due on October
4  16, 2006.  Said continuance is requested due to the fact that counsel for plaintiff is due to
5  start trial in San Francisco District Court Case No. C 05-0971  (*Dimmick v. USA)* on
6  October 16, 2006.

8  Dated: August 21, 2006                                  /s/
                                                           KATE WELLS
9                                                          Attorney for Plaintiff, BOYD TIZENOR


11                                                         DANA McRAE
12                                                         Santa Cruz County Counsel


14
   Dated: August 21, 2006                    By:           /s/
15                                                         JULIA HILL
                                                           Attorney for defendants, COUNTY OF
16                                                         SANTA CRUZ/SANTA CRUZ
                                                           SHERIFF'S OFFICE and SGT. AMY
17                                                         CHRISTEY

19                          **ORDER (BY STIPULATION)**
20        GOOD CAUSE APPEARING THEREFOR it is hereby ordered that
21        The hearing date on defendants' Motion for Judgment on the Pleadings is continued
22  from October 16, 2006, to October 23, 2006, at 9:00 a.m. and the Case Management
23  Conference is continued from September 18, 2006, to October 23, 2006, at 10:00 a.m.

26  Dated:  August 22, 2006               _James Ware_____
                                          THE HONORABLE JAMES WARE
27                                        UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND REQUEST FOR ORDER TO CONTINUE HEARING AND CASE MANAGEMENT CONFERENCE DATES
*Tizenor v. County of Santa Cruz, et al.* Case No. 05-02330 PVT                    2