**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7        IN THE UNITED STATES DISTRICT COURT
8       FOR THE NORTHERN DISTRICT OF CALIFORNIA
9              SAN JOSE DIVISION

10  Boyd Tizenor,                    NO. C 05-02330 JW

11           Plaintiff,       **ORDER FOLLOWING CASE**
      v.                      **MANAGEMENT CONFERENCE**
12
    County of Santa Cruz, et al.,
13
            Defendants.
14                                    /

15

16   The Court conducted a case management conference on November 6, 2006. In light of the

17 discussion with the parties' counsel at the conference, the Court refers the parties to Judge Trumbull,

18 the magistrate judge assigned to this case, for a settlement conference. The parties shall contact the

19 chambers of Judge Trumbull within fifteen (15) days of this Order to schedule a conference.

20

21 Dated: November 6, 2006                    _____
                                              JAMES WARE
22                                            United States District Judge

23
24
25
26
27
28

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Dana Maureen McRae dana.mcrae@co.santa-cruz.ca.us
Julia Hill CSL046@co.santa-cruz.ca.us
Kate Wells lioness@got.net

**Dated: November 6, 2006**                     **Richard W. Wieking, Clerk**

                                                **By:   /s/ JW Chambers**
                                                      **Elizabeth Garcia**
                                                      **Courtroom Deputy**