IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Boyd Tizenor, | NO. C 05-02330 JW |
|       Plaintiff,<br>v. | **CORRECTED ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |
| County of Santa Cruz, et al., | |
|       Defendants. | |

    The previous Order Following Case Management Conference (Docket Item No. 31) indicated the parties were referred to Judge Trumbull for a settlement conference. The Court, however, intended to refer the parties to Judge Seeborg. Accordingly, the parties are directed to contact the chambers of Judge Seeborg within fifteen (15) days of this Order to schedule a conference.

Dated: November 6, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Dana Maureen McRae dana.mcrae@co.santa-cruz.ca.us
Julia Hill CSL046@co.santa-cruz.ca.us
Kate Wells lioness@got.net

**Dated: November 6, 2006**                              **Richard W. Wieking, Clerk**

                                                **By:   /s/ JW Chambers**
                                                         **Elizabeth Garcia**
                                                         **Courtroom Deputy**