1  KATE WELLS, SB# 107051
   Attorney at Law
2  2600 Fresno Street
   Santa Cruz, California 95062
3  Telephone: (831) 479-4475
   Facsimile:   (831) 479-4476
4  Email: lioness@got.net

5  Attorney for Plaintiff, BOYD TIZENOR

6  DANA McRAE, SB# 142231
   County Counsel, County of Santa Cruz
7  JULIA HILL, SB#178672
   Assistant County Counsel
8  701 Ocean Street, Room 505
   Santa Cruz, California 95060
9  Telephone: (831) 454-2040
   Facsimile: (831) 454-2115
10 Email: julia.hill@santa-cruz.ca.us

**IT IS SO ORDERED AS MODIFIED**
Judge James Ware
6/7/2007

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### E FILING CASE

| | |
|---|---|
| BOYD TIZENOR, | CASE NO. C 05 02330 JW |
| Plaintiff, | **STIPULATION AND REQUEST FOR ORDER TO CONTINUE HEARING DATE FOR PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW AS COUNSEL OF RECORD** |
| vs. | |
| COUNTY OF SANTA CRUZ/SANTA CRUZ SHERIFF'S OFFICE; SGT. AMY CHRISTEY; DEPUTY DANIEL FREITAS; DEPUTY F. ANDERSON, and DOES 1 through 10, | Date: June 11, 2007 Time: 9:00 a.m. |
| Defendants. | |

The parties, by and through their attorneys of record, hereby agree and stipulate to continue the date for the hearing on plaintiff's counsel's motion to withdraw as counsel of record from June 11, 2007, to July 9, 2007 at 9:00 a.m..    Good cause exists for said continuance as set forth below in the declaration of Kate Wells.

STIPULATION AND REQUEST FOR ORDER TO CONTINUE HEARING DATE
Tizenor v. County of Santa Cruz, et al. Case No. 05-02330 PVT

1

///

## DECLARATION OF KATE WELLS

I, KATE WELLS, declare:

1. I am the attorney of record for the plaintiff in the above-referenced matter.

2. The court rescheduled the hearing on this matter to June 11, 2007.

3. I will be out of town on that date in that it is my father's 92nd birthday and as such, I will be in Santa Rosa for the occasion.

I declare, under penalty of perjury under the laws of the state of California that the foregoing is true and correct of my own personal knowledge. Signed this 4th day of June, 2007, at Santa Cruz, California.

                                                     /s/
KATE WELLS

**IT IS SO STIPULATED**:

LAW OFFICES OF KATE WELLS

Dated: June 4, 2007        By:       /s/
                                        KATE WELLS
                               Attorney for Plaintiff, BOYD TIZENOR

SANTA CRUZ COUNTY COUNSEL'S OFFICE

Dated: June 4, 2007        By:       /s/
                            JULIA HILL, Attorneys for Defendants,
                         COUNTY OF SANTA CRUZ/SANTA CRUZ
                          SHERIFF'S OFFICE, SGT AMY CHRISTEY,
                              and DEPUTY DANIEL FREITAS

STIPULATION AND REQUEST FOR ORDER TO CONTINUE HEARING DATE
*Tizenor v. County of Santa Cruz, et al.* Case No. 05-02330 PVT

2

1  ///

## ORDER (BY STIPULATION)

GOOD CAUSE APPEARING THEREFOR it is hereby ordered that

The hearing date for plaintiff's counsel's motion to withdraw from representation is continued from June 11, 2007, to August 6, 2007 at 9:00 a.m.

Dated:   June 7 2007

_____
THE HONORABLE JAMES WARE
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND REQUEST FOR ORDER TO CONTINUE HEARING DATE
*Tizenor v. County of Santa Cruz, et al.* Case No. 05-02330 PVT

3