```
 1  KATE WELLS, SB# 107051
    Attorney at Law
 2  2600 Fresno Street
    Santa Cruz, California 95062
 3  Telephone: (831) 479-4475
    Facsimile:  (831) 479-4476
 4  Email: lioness@got.net

 5  Attorney for Plaintiff, BOYD TIZENOR

 6  DANA McRAE, SB# 142231
    County Counsel, County of Santa Cruz
 7  JULIA HILL, SB#178672
    Assistant County Counsel
 8  701 Ocean Street, Room 505
    Santa Cruz, California 95060
 9  Telephone: (831) 454-2040
    Facsimile: (831) 454-2115
10  Email: julia.hill@santa-cruz.ca.us
```

**IT IS SO ORDERED**
*/s/ James Ware*
Judge James Ware

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### E FILING CASE

| | |
|---|---|
| BOYD TIZENOR, | CASE NO.  C 05 02330 PVT |
| Plaintiff, | STIPULATION AND REQUEST FOR ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE; ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE |
| vs. | |
| COUNTY OF SANTA CRUZ/SANTA CRUZ SHERIFF'S OFFICE; SGT. AMY CHRISTEY; DEPUTY DANIEL FREITAS; DEPUTY F. ANDERSON, and DOES 1 through 10, | |
| Defendants. | |

The parties, by and through their attorneys of record, hereby agree and stipulate to request an order from the court setting a further case management conference in August in the above-referenced case.  A case management conference is necessary due to the fact that plaintiff has been incarcerated and placed in residential rehabilitation, the dates

previously set by the court for completion of discovery, motion cut-off and trial are no longer viable.

**IT IS SO STIPULATED**:

LAW OFFICES OF KATE WELLS

Dated: July 2, 2007   By: _____/s/_____
  KATE WELLS
  Attorney for Plaintiff, BOYD TIZENOR

SANTA CRUZ COUNTY COUNSEL'S OFFICE

Dated: July 2, 2007   By: _____/s/_____
  JULIA HILL, Attorneys for Defendants,
  COUNTY OF SANTA CRUZ/SANTA CRUZ
  SHERIFF'S OFFICE, SGT AMY CHRISTEY,
  and DEPUTY DANIEL FREITAS

**ORDER (BY STIPULATION)**

A Preliminary Pretrial Conference was previously set for July 30, 2007 in the Court's Scheduling Order. Due to the Court's unavailability, the Court continued the conference to August 6, 2007. In light of the Stipulation above, the Court converts the Preliminary Pretrial Conference to a Further Case Management Conference on **August 6, 2007 at 10 AM.**

Dated: July 3, 2007   _____/s/ James Ware_____
  THE HONORABLE JAMES WARE
  UNITED STATES DISTRICT COURT JUDGE