IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Boyd Tizenor, | NO. C 05-02330 JW |
|         Plaintiff, | **ORDER ADVANCING CONFERENCE** |
|   v. | |
| County of Santa Cruz, et al., | |
|         Defendants. | |

The Court conducted a Case Management Conference on April 28, 2008. The Court referred the parties to Judge Trumbull for a settlement conference. Judge Trumbull conducted the conference on May 12, 2008; Judge Trumbull's minute order indicates that the case was not settled. (See Docket Item No. 63.) The Court had previously exempted the parties from final pretrial filing deadlines to accommodate their settlement efforts. Thus, the Court converts the Final Pretrial Conference presently scheduled on May 19, 2008 at 3 p.m. to a Preliminary Pretrial Conference on **May 19, 2008 at 11 a.m.**

Dated: May 13, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Dana Maureen McRae dana.mcrae@co.santa-cruz.ca.us
Jessica Claudine Espinoza jessica.espinoza@co.santa-cruz.ca.us
Julia Hill CSL046@co.santa-cruz.ca.us
Kate Wells lioness@got.net

**Dated: May 13, 2008**                                    **Richard W. Wieking, Clerk**

                                                       **By: /s/ JW Chambers**
                                                          **Elizabeth Garcia**
                                                          **Courtroom Deputy**

**United States District Court**
For the Northern District of California