IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Boyd Tizenor, | NO. C 05-02330 JW |
| Plaintiff, | **ORDER CONTINUING PRELIMINARY PRETRIAL CONFERENCE** |
| v. | |
| County of Santa Cruz, et al., | |
| Defendants. | |

The Court conducted a Preliminary Pretrial Conference on May 19, 2008. Counsel for the respective parties were present. The parties informed the Court that the case has settled in principal, pending final approval from the Board of Supervisors of the County of Santa Cruz. The Board is scheduled to meet on June 10, 2008 to vote on the settlement. Thus, the parties jointly requested that the Court continues the conference to accommodate the parties' settlement efforts. In light of the parties' good faith settlement, the Court continues the Preliminary Pretrial Conference to **June 11, 2008 at 10 a.m.** The Defendants shall file a Status Report immediately following the Board's vote to update the Court on the status of the settlement. The conference will be vacated if the settlement is approved; in that event, the Status Report shall include the parties' anticipated date for filing their Stipulated Dismissal.

Dated: May 19, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Dana Maureen McRae dana.mcrae@co.santa-cruz.ca.us
Jessica Claudine Espinoza jessica.espinoza@co.santa-cruz.ca.us
Julia Hill CSL046@co.santa-cruz.ca.us
Kate Wells lioness@got.net

**Dated: May 19, 2008**                              **Richard W. Wieking, Clerk**

                                                                  **By:   /s/ JW Chambers**
                                                                            **Elizabeth Garcia**
                                                                            **Courtroom Deputy**