**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

8

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

SAN JOSE DIVISION

10

Boyd Tizenor,                                   NO. C 05-02330 JW

11

           Plaintiff,          **ORDER CONTINUING STATUS**
   v.                                **CONFERENCE**

12

County of Santa Cruz, et al.,

13

         Defendants.

14
                                                                    /
15

16
     On May 19, 2008, the Court conducted a Preliminary Pretrial Conference.  The parties

17
informed the Court that they have reached a tentative settlement but required additional time to get

18
the issue on the city counsel's agenda for approval.  In light of the good faith settlement, the parties

19
sought a stay in all filing deadlines.  The Court continued the conference to June 11, 2008.  On its

20
own motion, the Court now continues the June 11 conference to **June 16, 2008 at 10 a.m.**  It will be

21
a Status Conference on the parties' settlement efforts.  On or before **June 12, 2008**, the parties shall

22
file a Joint Status Report updating the Court on the city counsel's vote.  The Report shall include

23
proposed date for filing of the Stipulated Dismissal.

24

25
Dated:  June 10, 2008                            _____
                                                JAMES WARE

26
                                                United States District Judge

27

28

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Dana Maureen McRae dana.mcrae@co.santa-cruz.ca.us
Jessica Claudine Espinoza jessica.espinoza@co.santa-cruz.ca.us
Julia Hill CSL046@co.santa-cruz.ca.us
Kate Wells lioness@got.net

**Dated:  June 10, 2008**                                  **Richard W. Wieking, Clerk**


                                                           **By:   /s/ JW Chambers**
                                                                  **Elizabeth Garcia**
                                                                  **Courtroom Deputy**

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28