DANA McRAE, State Bar No. 142231
County Counsel, County of Santa Cruz
JASON M. HEATH, State Bar No. 180501
Assistant County Counsel
JESSICA C. ESPINOZA, State Bar No. 235941
Assistant County Counsel
701 Ocean Street, Room 505
Santa Cruz, California 95060
Telephone: (831) 454-2040
Fax: (831) 454-2115

Attorneys for Defendants
COUNTY OF SANTA CRUZ/
SANTA CRUZ SHERIFF'S OFFICE,
SGT. AMY CHRISTEY, DEPUTY
DANIEL FREITAS



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| BOYD TIZENOR,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA CRUZ/SANTA CRUZ SHERIFF'S OFFICE, SGT. AMY CHRISTEY, DEPUTY DANIEL FREITAS, DEPUTY F. ANDERSON; and DOES 1-10,<br><br>    Defendants. | Case No. C05-02330 JW<br><br>**ORDER TO SHOW CAUSE RE: SETTLEMENT** |

On June 11, 2008, the parties informed the Court that the above-entitled matter has reached a settlement. (See Docket Item No. 69.) In light of the settlement, the Court vacates all trial and pretrial dates. On or before **August 18, 2008**, the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a).

If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, Ca. on **September 8, 2008 at 9:00 a.m.** and to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b). On or before **August 25, 2008**, the parties shall file a joint statement in response to the Order to Show Cause. The joint statement shall set forth the status of the activities of the parties for finalizing the settlement and how much additional time is requested to finalize and file the dismissal. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action.

Dated: June 11, 2008

_____
JAMES WARE
United States District Judge