**IT IS SO ORDERED**
Judge James Ware
8/21/2008

DANA McRAE, State Bar No. 142231
County Counsel, County of Santa Cruz
JESSICA C. ESPINOZA, State Bar No. 235941
Assistant County Counsel
701 Ocean Street, Room 505
Santa Cruz, California 95060
Telephone: (831) 454-2040
Fax: (831) 454-2115

Attorneys for Defendants
COUNTY OF SANTA CRUZ/
SANTA CRUZ SHERIFF'S OFFICE,
SGT. AMY CHRISTEY, DEPUTY
DANIEL FREITAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| BOYD TIZENOR,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA CRUZ/SANTA CRUZ SHERIFF'S OFFICE, SGT. AMY CHRISTEY, DEPUTY DANIEL FREITAS, DEPUTY F. ANDERSON; and DOES 1-10,<br><br>    Defendants. | Case No. C05-02330 JW<br><br>**STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE (FRCP 41(a)(1)(ii))** |

Plaintiff Boyd Tizenor hereby dismisses with prejudice this entire action, including all claims therein. The parties are responsible for their own attorney fees and costs resulting from this litigation.

Dated: August 19, 2008                DANA McRAE, COUNTY COUNSEL


                                       By:        /S/
                                            JESSICA C. ESPINOZA
                                            Assistant County Counsel
                                            Attorneys for Defendants COUNTY OF
                                            SANTA CRUZ/SANTA CRUZ SHERIFF'S
                                            OFFICE, SGT. AMY CHRISTEY, DEPUTY
                                            DANIEL FREITAS

1  Dated: August 19, 2008

By: _____/S/_____
KATE WELLS
**Attorney for Plaintiff BOYD TIZENOR**

**IT IS SO ORDERED:**

The Court terminates any remaining pending deadlines, hearings and motions.  The Clerk shall close this file.

Dated: August 21, 2008                    _____
United States District Judge

*Tizenor v. County of Santa Cruz, et al.*, Case No. C05-02330                    STIPULATION FOR DISMISSAL OF COMPLAINT
-2-